# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL THOMAS,<br><br>        Petitioner,<br><br>        v.<br><br>TERRY VIRGA, Warden,<br><br>        Respondent. | Case No. CV 10-6364-CAS (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 4, 2011

                                            CHRISTINA A. SNYDER
                                      UNITED STATES DISTRICT JUDGE